| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Law Offices of Seymour Wasserstrum<br>205 W. Landis Avenue<br>Vineland, New Jersey 08360<br>Phone: (856) 696-8300<br>Fax: (856) 696-6962<br>Attorney for Debtor(s) | Order Filed on May 5, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
|---|---|
| In Re:<br><br>    Jose D Terron | Case No.:    15-26599<br>Chapter:    13<br>Hearing Date: N/A<br>Judge:    ABA |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: May 5, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Jose D Terron
Case No.: 15-26599/ABA
Caption of Order: Order Granting Supplemental Chapter 13 Fees

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Seymour Wasserstrum, Esq., the applicant, is allowed a fee of $400.00 for services rendered and expenses in the amount of $0.00 for a total of $400.00. The allowance shall be payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan payments do not change for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:  
Jose D. Terron  
       Debtor

Case No. 15-26599-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 1 | Date Rcvd: May 08, 2017 |
| | Form ID: pdf903 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2017.
db       +Jose D. Terron,   3430 N. West Ave.,   Vineland, NJ 08360-1648

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2017            Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2017 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-5 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Lynn Therese Nolan    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc. servicer Specialized Loan Servicing LLC LNolan@schillerknapp.com, tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
      Seymour  Wasserstrum    on behalf of Debtor Jose D. Terron mylawyer7@aol.com, ecf@seymourlaw.net;r47769@notify.bestcase.com
                                                        TOTAL: 5