# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 15-26599 |
|---|---|---|
| Jose D. Terron | Hearing Date: | |
| | Chapter: | ABA |
| | Judge: | 13 |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable __Andrew B. Altenburg Jr.__, United States Bankruptcy Judge.

**Reason for Hearing:** Hearing on Debtor(s) Objection to Standing Trustee Certification of Default

**Location of Hearing:** Courtroom No. __4B__
US Bankruptcy Court
4th and Cooper Streets
Camden, NJ 08101

**Date and Time:** 8/11/17 at 9:00 AM, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**  ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: July 13, 2017

JEANNE A. NAUGHTON, Clerk

By: /S/ Elizabeth Grassia
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on __July 13__, 20__17__ this notice was served on the following:
- Debtor(s)
- Attorney for Debtor(s)
- Isabel Balboa - Trustee
- Office of the US Trustee

JEANNE A. NAUGHTON, Clerk

By: /S/ Elizabeth Grassia
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-26599-ABA
Jose D. Terron                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Jul 13, 2017
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2017.
db            +Jose D. Terron,    3430 N. West Ave.,    Vineland, NJ 08360-1648

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-5
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Lynn Therese Nolan    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York, as Trustee for the certificateholders of the CWABS, Inc. servicer Specialized Loan
               Servicing LLC LNolan@schillerknapp.com,
               tshariff@schillerknapp.com;jcollen@schillerknapp.com;kcollins@schillerknapp.com
              Seymour  Wasserstrum    on behalf of Debtor Jose D. Terron mylawyer7@aol.com, ecf@seymourlaw.net
                                                                                             TOTAL: 5