Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15−26599−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose D. Terron
   3430 N. West Ave.
   Vineland, NJ 08360

Social Security No.:
   xxx−xx−0325

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/11/17.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 11, 2017
JAN: ml

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-26599-ABA
Jose D. Terron                                                          Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                Page 1 of 2              Date Rcvd: Aug 11, 2017
                              Form ID: 148               Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2017.
```
db         +Jose D. Terron,   3430 N. West Ave.,   Vineland, NJ 08360-1648
lm         +Specialized Loan Servicing, LLC,   8742 Lucent Blv.,  St.. 300,
             Highlands Ranch, CO 80129-2386
515718917  +Asset Recovery,   2200 E Devon Ave Ste 200,   Des Plaines, IL 60018-4501
515718918   C&H Collection Services,  Re: Cooper Hospital/UMC,   PO Box 1399,
             Merchantville, NJ  08109-0399
515718919   Capital One,   PO Box 628,   Buffalo, NY  14240-0628
515718920  +Cardiovascular Ass Of The Delaware Valle,   120 White Horse Pike, Suite 112,
             Haddon Heights, NJ 08035-1938
515718921  +Convergent Healthcare Inc,   124 Sw Adams St Ste 215,   Peoria, IL 61602-2321
515718926   Excel Care Alliance, Llc,   76 South State Street,   Vineland, NJ  08360-4851
515718932  +Jessica Terron,   3430 N. West Ave,   Vineland, NJ 08360-1648
515718933  +Kivitz Mckeever Lee, P.C.,   216 Haddon Ave Ste 406,   Westmont, NJ 08108-2812
515718936   Office Of Attorney General,   Richard J Hughes Justice Complex,   25 Market St, P.O. Box 112,
             Trenton, NJ  08625-0112
515718937  +Pinnacle Credit Services,   7900 Highway 7,#100,   Saint Louis Park, MN 55426-4045
515718938  +Quality Assest Recovery,   7 Foster Ave STE 101,   Gibbsboro, NJ 08026-1191
515718940 ++SNAP ON CREDIT LLC,   950 TECHNOLOGY WAY,    SUITE 301,   LIBERTYVILLE IL 60048-5339
             (address filed with court:  Snap On Credit,    950 Technology Way, Suite 301,
             Libertyville, IL  90048)
515718943 ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
             TRENTON NJ 08646-0245
             (address filed with court:  State Of New Jersey,    Divison Of Taxes,   P.O. Box 245,
             Trenton, NJ  08695)
516561312  +Shellpoint Mortgage Servicing,   PO Box 10826,   Greenville SC 29603-0826,   ( 29603-0826
515718939   Silver Script,   PO Box 94471,   Palatine, IL  60094-4471
515718941  +South Jersey Health Care,   Regional Medical Center,   1505 West  Sherman  Ave,
             Vineland, NJ 08360-7059
515718942  +Specialized Laon Service,   8742 Lucent Blvd Ste 300,   Highlands Ranch, CO 80129-2386
515718944   Stephens & Michaels,   P.O. Box 109,   Salem, NH  03079-0109
515873003  +The Bank of New York Mellon, Trustee (See B10),   c/o Specialized Loan Servicing LLC,
             8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
516385190  +The Bank of New York Mellon, Trustee(See 410),   c/o Specialized Loan Servicing LLC,
             8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
515718945  +Verizon Wireless,   Attn: Bankruptcy Administration,   500 Technology Drive,
             Weldon Spring, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Aug 11 2017 23:18:43      U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 11 2017 23:18:40      United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
cr         +EDI: BANKAMER.COM Aug 11 2017 23:08:00      THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,
             c/o Bank of America, N.A.,   7105 Corporate Drive,   Plano, TX 75024-4100
515741548  +E-mail/Text: bankruptcy@consumerportfolio.com Aug 11 2017 23:18:54
             CONSUMER PORTFOLIO SERVICES,   PO BOX 57071,   IRVINE, CA. 92619-7071
515718925   E-mail/Text: bankruptcy@consumerportfolio.com Aug 11 2017 23:18:54     CPS,   PO Box 98709,
             Phoenix, AZ  85038-0709
515811053   EDI: CAPITALONE.COM Aug 11 2017 23:08:00      Capital One Bank (USA), N.A.,   PO Box 71083,
             Charlotte, NC  28272-1083
515769902  +E-mail/Text: bankruptcy@cavps.com Aug 11 2017 23:19:01      Cavalry SPV II, LLC,
             500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
515718922  +E-mail/Text: legal-dept@cooperhealth.edu Aug 11 2017 23:18:42     Cooper Health System,
             PO Box 1730,   Cherry Hill, NJ  08034-0098
515718923  +E-mail/Text: legal-dept@cooperhealth.edu Aug 11 2017 23:19:50     Cooper University Hospital,
             PO Box 6037,   Bellmawr, NJ 08099-6037
515718924  +E-mail/Text: legal-dept@cooperhealth.edu Aug 11 2017 23:18:42     Cooper University Physicans,
             PO Box 6018,   Bellmawr, NJ 08099-6018
515718927   EDI: RMSC.COM Aug 11 2017 23:08:00      GE Money Bank,   PO Box 960061,
             Orlando, FL  32896-0061
515718931  +EDI: IRS.COM Aug 11 2017 23:08:00      Internal Revenue Service,   1601 Market Street,
             Philadelphia, PA 19103-2309
515905877   EDI: RESURGENT.COM Aug 11 2017 23:08:00      LVNV Funding LLC,   c/o Resurgent Capital Services,
             PO Box 10587,   Greenville, SC 29603-0587
515718934  +EDI: RESURGENT.COM Aug 11 2017 23:08:00      Lvnv Funding,   PO Box 10497,
             Greenville, SC 29603-0497
515718935  +E-mail/Text: heatherg@masnj.net Aug 11 2017 23:18:50
             Medical Alliance Of Southern New Jersey,   1206 West Sherman Ave,   Vineland, NJ 08360-6911
516757017   EDI: PRA.COM Aug 11 2017 23:08:00      Portfolio Recovery Associates, LLC,   PO Box 41067,
             Norfolk, VA 23541
516757018   EDI: PRA.COM Aug 11 2017 23:08:00      Portfolio Recovery Associates, LLC,   PO Box 41067,
             Norfolk, VA 23541,   Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541
                                                                                              TOTAL: 17
```

```
District/off: 0312-1          User: admin                Page 2 of 2                  Date Rcvd: Aug 11, 2017
                              Form ID: 148               Total Noticed: 40


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516561313        Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville SC 29603-0826,    (800) 365-7107,
                  Shellpoint Mortgage Servicing,    PO Box 10826
515718930*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court:  Internal Revenue Service,    P.O. Box 724,    Springfield, NJ   07081)
515718928*       Internal Revenue Service,    Officer, a managing or general agent,    PO Box 744,
                  Springfield, NJ   07081-0744
515718929*      +Internal Revenue Service,    Officer, a managing or general agent,,    PO Box 7346,
                  Philadelphia, PA 19101-7346
515779336*      ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
                 (address filed with court:  Snap-on Credit LLC,    950 Technology Way,    Suite 301,
                   Libertyville, IL 60048)
                                                                                             TOTALS: 1, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2017                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 11, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-5
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Lynn Therese Nolan    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York, as Trustee for the certificateholders of the CWABS, Inc. servicer Specialized Loan
               Servicing LLC LNolan@schillerknapp.com,
               tshariff@schillerknapp.com;jcollen@schillerknapp.com;kcollins@schillerknapp.com
              Seymour  Wasserstrum    on behalf of Debtor Jose D. Terron mylawyer7@aol.com,    ecf@seymourlaw.net
                                                                                             TOTAL: 5
```